**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-1626**

─────────────

MELVIN ABDULLAH EL-AMIN,

Plaintiff - Appellant,

versus

KIEWIT/SHEA, a joint venture; GUSTAV C. VOIGT,
M.D.,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
98-889-CCB)

─────────────

Submitted:  August 13, 1998          Decided:  August 31, 1998

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Melvin Abdullah El-Amin, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action alleging employment discrimination and related claims. We have reviewed the record and the district court's opinion, dismissing the action as malicious under 28 U.S.C.A. § 1915(e)(2) (West Supp. 1998), and find no reversible error. Accordingly, we affirm on the reasoning of the district court. El-Amin v. Kiewit/Shea, No. CA-98-889-CCB (D. Md. Apr. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED